UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03515 DSR Date: September 1, 2026

Title BRANDON KRIVEC v. FRANK BISIGNANO

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE FAILURE TO FILE ANSWER AND ADMINISTRATIVE RECORD**

Plaintiff initiated this case by filing his Complaint on June 23, 2026. On July 14, 2026, filed his Statement of Consent to Proceed Before a United States Magistrate Judge Pursuant to Title 28 U.S.C. § 636(c). See Doc. No. 8. Plaintiff subsequently filed his own Statement of Consent, and the case was assigned to the above-referenced Magistrate Judge for all further proceedings. See Doc. Nos. 9, 10.

Though Defendant has been served with and is aware of this case (evidenced by his filing of the Statement of Consent), Defendant has not yet filed an Answer nor a certified copy of the Administrative Record. Defendant is hereby ORDERED TO SHOW CAUSE, in writing, no later than September 8, 2026, why he has not filed an Answer and certified copy of the Administrative Record in this matter. Defendant may discharge this Order by filing either (1) an Answer and certified copy of the Administrative Record or (2) a Declaration of counsel explaining why those documents have not yet been filed and when Defendants will file them.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK